LOCKE LORD LLP
Meagan S. Tom (SBN 273489)
meagan.tom@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Attorneys for Defendant
Midland Credit Management, Inc.

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE CHAMBERS, | CASE NO.: 2:21-CV-01344-JAM-CKD |
| Plaintiff, | |
| vs. | **STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT AND ORDER** |
| MIDLAND CREDIT MANAGEMENT, INC., AND Does 1 Through 6, inclusive | |
| Defendants. | Complaint Filed: April 16, 2021 |

Pursuant to Local Rule 144(a), Plaintiff Nicole Chambers and Defendant Midland Credit Management, Inc. ("Midland") (together, the "Parties"), by and through their respective counsel of record, jointly stipulate and agree as follows:

**RECITALS**

1. Whereas, on April 17, 2021, Plaintiff filed his Complaint in this action in the Superior Court of the State of California, County of San Joaquin. ECF No. 1.

2. On July 30, 2021, Midland removed this action to this Court. ECF No. 1.

3. Midland's current deadline to respond to Plaintiff's Complaint is August 6, 2021.

4. The parties are continuing to explore settlement of the litigation.

5. The extension is not for purposes of delay and will not result in any prejudice to the parties or to the Court.

**STIPULATION**

WHEREFORE, the Parties stipulate and agree that the deadline for Midland to respond to the Complaint is extended for 32 days to September 7, 2021.

**IT IS SO STIPULATED.**

Dated:  August 5, 2021                    Respectfully submitted,

                                          LOCKE LORD LLP


                                          By:  /s/ Meagan S. Tom
                                               Meagan S. Tom
                                          Attorneys for Defendant Midland Credit Management, LLC


Dated:  August 5, 2021                    Respectfully submitted,

                                          AMERICAN DEBT LAW


                                          By:  /s/ Cole W. Yeargin
                                               Cole W. Yeargin
                                          Attorneys for Plaintiff Nicole Chambers
                                          (as authorized on August 3, 2021)

Locke Lord LLP
101 Montgomery Street, Suite 1950
San Francisco, CA 94104

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, the Court hereby orders as follows:

1. Midland's response deadline is extended to September 7, 2021.

IT IS SO ORDERED.

DATED:  August 5, 2021                                     /s/ John A. Mendez
                                                          THE HONORABLE JOHN A. MENDEZ
                                                          UNITED STATES DISTRICT COURT JUDGE